# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Adrian Ramirez-Guel,<br><br>　　　　　Defendant. | No. CR-12-00637-001-TUC-CKJ<br><br>**WAIVER AND ORDER**<br><br>**Modification of Supervised Release Conditions** |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☐ any modification of my conditions of probation. 18 U.S.C. 3563(c).

☒ any modification of my conditions of supervised release. 18 U.S.C. 3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

You shall actively participate in a residential program as directed by the probation officer until discharged by the probation officer, but not to exceed six months without a court review. Placement may include, singularly or in any combination, a residential re-entry center, an inpatient drug treatment center or a drug-free sober living environment as selected in consultation with the probation officer.

_____   3/17/15
Adrian Ramirez-Guel         Date
Defendant


_____   3/17/15
Michele A. Castillo         Date
U.S. Probation Officer

ORDER OF COURT

Considered and ordered this 25th day of March, _____ and ordered filed and made a part of the records in the above case.

_____   3-25-15
The Honorable Cindy K. Jorgenson   Date
U.S. District Court Judge